No. 98–6193.  FOSTER v. NELSON, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 98–6195.  GRAY v. CURRAN, ATTORNEY GENERAL OF MARYLAND, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–6198.  REEVES v. BRINSON, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 98–6199.  HALL v. FLORIDA DEPARTMENT OF CORRECTIONS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 98–6200.  HOGAN v. COFFEY ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 98–6204.  GILYARD v. MCCORMICK COUNTY JAIL ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 98–6205.  LEE v. INDIANA.  Sup. Ct. Ind.  Certiorari denied.

No. 98–6209.  CHRISTIANSEN v. CLARKE, DIRECTOR, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES, ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 98–6214.  NELSON v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 98–6219.  WYATT v. CITY OF BOSTON ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 98–6229.  SEARLES v. RIVER MEAD CONDOMINIUM ASSN.  App. Ct. Conn.  Certiorari denied.

No. 98–6231.  PALMISANO v. SECURITIES AND EXCHANGE COMMISSION.  C. A. 2d Cir.  Certiorari denied.

No. 98–6233.  STUART v. FAMILY INDEPENDENCE AGENCY.  Ct. App. Mich.  Certiorari denied.

No. 98–6241.  FERGUSON v. SAFECO INSURANCE COMPANY OF AMERICA ET AL.  C. A. 4th Cir.  Certiorari denied.